| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Clifford Daniels | Social Security number or ITIN   xxx–xx–9254 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Mitchaleen Daniels | Social Security number or ITIN   xxx–xx–4427 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   15–11846–MBK | | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Clifford Daniels                                             Mitchaleen Daniels

_4/24/20_                                                    **By the court:** _Michael B. Kaplan_
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                     Case No. 15-11846-MBK
Clifford Daniels                                           Chapter 13
Mitchaleen Daniels
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: Apr 24, 2020
                              Form ID: 3180W            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
db/jdb         +Clifford Daniels,    Mitchaleen Daniels,    1707 Alpine Trail,    Neptune, NJ 07753-4464
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr             +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
cr             +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L,    6409 Congress ave.,    Suite 100,
                 Suite 100,    Boca raton, FL 33487-2853
cr             +United Teletech Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,
                 PO Box 610,    229 Broad Street,    Red Bank, NJ 07701-2009
515650388      +ACAR Leasing LTD,   d/b/a GM Financial Leasing,    PO Box 183692,    Arlington, TX 76096-3692
515308419     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH 43218-2676)
515492271      +Cavalry SPV I, LLC,    Assignee of Capital One Bank (USA), N.A.,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
515525495     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
515327760      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515308417      +ExxonMobil,    PO Box 6404,    Sioux Falls, SD 57117-6404
515438142     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:   Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
515308418      Green Tree Servicing,    PO Box 6172,    Rapid City, SD 57709-6172
515451907      Janeen A Daniels,    610 Monroe Towers,    Asbury Park, NJ 07712
515308421     +Mariner Finance LLC,    1358 Hoper Avenue Ste 6,    Toms River, NJ 08753-2882
515549265     +Mariner Finance, LLC,    8211 Town Center Dr,    Nottingham MD 21236-5904
518650498      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518650499      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
515308426     +United Teletech Fininical,    205 Hance Avneue,    Tinton Falls, NJ 07724-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2020 23:44:14      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2020 23:44:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515308406       EDI: AMEREXPR.COM Apr 25 2020 03:18:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
515475577       EDI: BECKLEE.COM Apr 25 2020 03:18:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515474155       EDI: BECKLEE.COM Apr 25 2020 03:18:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515308408       EDI: CAPITALONE.COM Apr 25 2020 03:18:00      Capital One Bank,   PO Box 71083,
                 Charlotte, NC 28272-1083
515401621      +E-mail/Text: bankruptcy@cavps.com Apr 24 2020 23:44:28      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515308412       EDI: WFNNB.COM Apr 25 2020 03:18:00      Comenity,    Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
515308415       E-mail/PDF: DellBKNotifications@resurgent.com Apr 24 2020 23:49:10       Dell Preferred Account,
                 PO Box 6403,    Carol Stream, IL 60197-6403
515308416      +EDI: DISCOVER.COM Apr 25 2020 03:18:00      Discover,   PO Box 71084,    Charlotte, NC 28272-1084
515317229       EDI: DISCOVER.COM Apr 25 2020 03:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
515308420       EDI: TSYS2.COM Apr 25 2020 03:18:00      Macys,   PO Box 183083,    Columbus, OH 43218-3083
515549182       EDI: PRA.COM Apr 25 2020 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o Amazon.com Store Card,    POB 41067,    Norfolk VA 23541
515549186       EDI: PRA.COM Apr 25 2020 03:18:00      Portfolio Recovery Associates, LLC,    c/o Exxonmobil,
                 POB 41067,    Norfolk VA 23541
515548851       EDI: PRA.COM Apr 25 2020 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
515549183       EDI: PRA.COM Apr 25 2020 03:18:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
515549180       EDI: PRA.COM Apr 25 2020 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515358608       EDI: Q3G.COM Apr 25 2020 03:18:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
515400790       EDI: Q3G.COM Apr 25 2020 03:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
515308423       EDI: RMSC.COM Apr 25 2020 03:18:00      SYNCB,   Bankruptcy Dept,    PO Box 965060,
                 Orlando, FL 32896-5060
515308422      +EDI: SEARS.COM Apr 25 2020 03:18:00      Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
```

```
District/off: 0312-3              User: admin                Page 2 of 2                Date Rcvd: Apr 24, 2020
                                  Form ID: 3180W             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                    TOTAL: 21
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515308407*         American Express,    PO Box 1270,    Newark, NJ 07101-1270
515308409*         Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
515308410*         Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
515308411*         Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
515308413*         Comenity,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
515308414*         Comenity,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
515549181*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,
                    POB 41067,    Norfolk VA 23541)
515308424*         SYNCB,    Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
515308425*         SYNCB,    Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                           TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Mitchaleen   Daniels cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Clifford   Daniels cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Justin  Plean    on behalf of Creditor    DITECH FINANCIAL LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union
               dupont@redbanklaw.com,   dana@redbanklaw.com
              Miriam  Rosenblatt    on behalf of Creditor    DITECH FINANCIAL LLC miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    Ditech Financial LLC miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
                                                                                                    TOTAL: 13
```